*FILED*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

2016 OCT 18  AM 9: 25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

EASTLAND MUSIC GROUP, LLC
a Florida Limited Liability Company,

       Plaintiff,

v.

THE TRAVEL CHANNEL, LLC,
a Delaware Limited Liability Company,
SCRIPPS NETWORKS, LLC, a Delaware
Limited Liability Company and
SCRIPPS NETWORKS INTERACTIVE, INC.,
a Delaware Corporation,

       Defendants.

_____/

CASE NO.:

3 16CV 1318-J-39JBT

## COMPLAINT FOR INJUNCTIVE AND MONETARY RELIEF
## AND DEMAND FOR JURY TRIAL

Plaintiff, Eastland Music Group, LLC, by and through its undersigned attorneys, files

this Complaint against Defendants, The Travel Channel, LLC, Scripps Networks, LLC and

Scripps Networks Interactive, Inc., and alleges as follows:

## NATURE OF THE ACTION

1.     This is an action against The Travel Channel, LLC, Scripps Networks, LLC

and Scripps Networks Interactive, Inc., (collectively, "SCRIPPS") for trademark

infringement and unfair competition.

- 1 -

## PARTIES

2.      Plaintiff Eastland Music Group, LLC ("EASTLAND") is a limited liability company organized under the laws of the State of Florida with a mailing address of 1116 Oakley Street, Jacksonville, Florida 32202.

3.      Upon information and belief, Defendant The Travel Channel, LLC is a limited liability company organized under the laws of the State of Delaware with a mailing address of The Travel Channel, LLC, 5425 Wisconsin Ave., Chevy Chase, Maryland 20815.

4.      Upon information and belief, Defendant Scripps Networks Interactive, Inc. is a corporation organized under the laws of the State of Ohio with a mailing address of Scripps Networks, LLC, 9721 Sherrill Blvd, Knoxville, TN 37932 and Defendant Scripps Networks, LLC is a limited liability company organized under the laws of the State of Delaware with the same mailing address.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because EASTLAND's claims arise under the federal laws of the United States.  This Court has personal jurisdiction over Defendants due to their systematic and continuous business connections and contacts within Florida, including broadcasting and advertising its television shows in the State of Florida.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c) because Defendants are subject to personal jurisdiction in and have committed acts of trademark infringement in this district and have systematic and continuous business

connections and contacts with this district and the Defendants transact business in this district.

## FACTUAL BACKGROUND

7.      EASTLAND began using the "PHIFTY-50" and "50/50" trademarks to identify its entertainment services and products in 2000 and 2003 respectively. EASTLAND's use has been continuous and uninterrupted.  EASTLAND owns U.S. registrations for both trademarks.

8.      EASTLAND began using the "PHIFTY-50" trademark at least as early as December 2000 in connection with its entertainment services and products.  Such use has been continuous and uninterrupted.  EASTLAND registered its "PHIFTY-50" trademark on the Principal Register of the United States Patent and Trademark Office ("USPTO") in 2005 and is the owner of that registered trademark and also has common law trademark rights in the "PHIFTY-50" trademark.

9.      EASTLAND has been using the trademark "50/50" since approximately 2003 in connection with its entertainment services and products.  Such use has been continuous and uninterrupted.  EASTLAND registered its "50/50" trademark on the Principal Register of the USPTO in May 2013 and is the owner of that registered trademark and also has common law trademark rights in the "50/50" trademark.

10.     EASTLAND is the owner of United States trademark registration numbers 2,975,624; 4,337,794; 4,337,803 for the mark "PHIFTY-50" (the "PHIFTY-50 Registrations"), and United States trademark registration numbers 4,337,793, 4,337,802, 4,524,289 and 4,694,843 for the mark "50/50" (the "50/50 Registrations") (collectively, the

- 3 -

"EASTLAND Trademarks").  A copy of each registration is attached hereto as Exhibit 1.

EASTLAND's federal trademark registrations in the USPTO include the following:

| MARK | REGISTRATION DATE | REGISTRATION NUMBER | GOODS AND SERVICES |
|---|---|---|---|
| PHIFTY-50 | July 26, 2005 | 2,975,624 | electrical apparatus, namely, series of pre-recorded phonograph records, compact discs, audio and video cassettes, and DVDs featuring music. |
| 50/50 | May 21, 2013 | 4,337,793 | Digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting music. |
| PHIFTY-50 | May 21, 2013 | 4,337,794 | Audio speakers; Earphones and headphones; Personal headphones for sound transmitting apparatuses. |
| 50/50 | May 6, 2014 | 4,524,289 | Audio speakers; Earphones and headphones; Personal headphones for sound transmitting apparatuses. |
| 50/50 | May 21, 2013 | 4,337,802 | Entertainment services in the nature of live musical performances; Entertainment services, namely, live, televised and movie appearances by a professional entertainer; Entertainment services, namely, providing a web site featuring non-downloadable musical performances, musical videos, related film clips, photographs, and other multimedia materials featuring music. |
| PHIFTY-50 | May 21, 2013 | 4,337,803 | Entertainment services in the nature of live musical performances; Entertainment services, namely, live, televised |

| | | | and movie appearances by a professional entertainer; Entertainment services, namely, providing a web site featuring non-downloadable musical performances, musical videos, related film clips, photographs, and other multimedia materials featuring music. |
|---|---|---|---|
| 50/50 | March 3, 2015 | 4,694,843 | Clothing, namely, tee shirts, shirts, jeans, jackets, coats, pants, hats, athletic uniforms, swim wear, jerseys, gloves, sweat shirts, sweat pants, shorts, dresses, skirts, socks, and underwear; footwear. |

11.     United States trademark registration number 2,975,624 for "PHIFTY-50" was duly and legally issued on July 26, 2005 and has become *incontestable* under 15 U.S.C. §§ 1065 and 1115 (emphasis added). The USPTO's Notice of Acknowledgement Under Section 15 of incontestability is attached as Exhibit 2. The incontestability status constitutes conclusive evidence of the validity of the registered mark, of EASTLAND's ownership of the mark, and of EASTLAND's exclusive right to use the mark in connection with the goods and services specified in those registrations. 15 U.S.C. § 1115(b).

12.     As the owner of all right, title and interest in the EASTLAND Trademarks, EASTLAND has standing to sue for infringement of its trademarks and to seek monetary damages, injunctions and other relief for past, current, and future infringement of the trademarks.

13.     EASTLAND, owns the domain name www.eastlandmusicgroup.com and www.phifty-50.com (the "50/50 Website").

14.     EASTLAND prominently uses and displays the EASTLAND Trademarks on the home page of the 50/50 Website.  Visitors to the 50/50 Website are required to click on the 50/50 trademark to enter the website.  A copy of the pages from the 50/50 Website is attached as Exhibit 3.

15.     Within the 50/50 Website EASTLAND uses the EASTLAND Trademarks on and in connection with music concerts, headphones, music videos, concert promotion, promotional clothing products, DVDs, video games and CDs featuring music and promotional products.  (*Id.*)

16.     EASTLAND uses the EASTLAND Trademarks on or in connection with its music concerts featuring audio and video entertainment content.  (*Id.*)

17.     EASTLAND uses the EASTLAND Trademarks on or in connection with EASTLAND's video game licenses, such as Blitz Overtime for use with Play Station, featuring audio and video entertainment content.   Digitally captured images of EASTLAND's CDs, DVDs, and video games are attached as Exhibit 4.

## INFRINGEMENT BY THE DEFENDANTS

18.     Upon information and belief, SCRIPPS has used and promoted via its Travel Channel network contests featuring, using, promoting distributing and selling its entertainment products using the "50/50" trademark between, at least, October 2014, and March 2015 through the present.

19.    Upon information and belief, SCRIPPS improperly and without permission used the "50/50" trademark to sell and promote its Travel Channel network within the entire United States.  (See Exhibit 5)

20.    EASTLAND uses its 50/50 trademark on or in connection with the promotion and sales of tickets for music concerts and related digital audio and video entertainment content sold via various media outlets on the Internet including Amazon.com and others. (See Exhibit 3)

21.    EASTLAND notified SCRIPPS of EASTLAND's trademark rights when it learned of SCRIPPS unauthorized use of EASTLAND's 50/50 trademark, which SCRIPPS was using to sell and promote its Travel Channel television show.   (Exhibit 6)   The promotion and advertisements featured video entertainment content using the "50/50" trademark through media outlets (namely cable television and via its website on the internet) across the United States.  (Screen shot examples of such promotion and advertising uses of the 50/50 trademark are attached as Exhibit 5)

22.    EASTLAND uses the EASTLAND Trademarks on or in connection with promotional videos and music videos available on the Internet through various media outlets including YouTube.  A copy of a YouTube webpage showing a screen shot of a promotional video for EASTLAND's music is attached as Exhibit 7.

23.    SCRIPPS has improperly and without permission used the "50/50" trademark on or in connection with promoting its television Travel Channel network and, upon information and belief, SCRIPPS began using said mark as early as October 7, 2014.

24.    EASTLAND also uses the EASTLAND Trademarks on or in connection with clothing. (*See* Exhibit 3)

25.    Upon information and belief SCRIPPS sold or gave away as promotional items, in order to sell and/or promote its Travel Channel network, clothing and other products featuring the "50/50" trademark.

26.    SCRIPPS through its Travel Channel network, attempted to register the 50/50 trademark on March 20, 2015 with the United States Patent and Trademark Office using the same category of goods as EASTLAND's existing registration.  (Exhibit 8)

27.    SCRIPPS believed that the 50/50 mark was valuable and attempted to obtain federal trademark registration rights on the 50/50 mark, but EASTLAND foiled SCRIPPS attempted registration by timely filing an opposition to SCRIPPPS trademark registration application on December 10, 2015 with the United States Patent and Trademark Office. (See Group Exhibit 9)

28.    EASTLAND was successful in its opposition to SCRIPPS attempt to improperly register its unauthorized use of the 50/50 trademark. (*Id.*)

29.    SCRIPPS has improperly and without permission used the "50/50" trademark on or in connection with the promotion, sales, merchandising and distribution of The Travel Channel's 50/50 travel contest.

30.    Due to EASTLAND's extensive advertising, promotion, marketing and sales of its concerts, videos, DVDs, CDs, and promotional items such as shirts, hats, and headphones, the public recognizes the EASTLAND Trademarks and identifies EASTLAND

as the source of the goods associated with the 50/50 trademark. As a result, EASTLAND's Trademarks have acquired extensive recognition and goodwill in the marketplace.

31.     EASTLAND has spent and continues to spend substantial sums of money, time, and effort to develop, advertise, and promote the EASTLAND Trademarks and EASTLAND's products and services through, in part, advertising campaigns using various media outlets and its website.

32.     Upon information and belief, SCRIPPS is a nearly a $8.4 billion global entertainment publicly traded company with a presence in entertainment, television, advertising, and obviously travel.

33.     Upon information and belief, throughout the summer of 2015, SCRIPPS advertised its 50/50 promotional campaign on television, which upon information and belief, was supported by promotions and advertisements via the Internet.

34.     EASTLAND uses the EASTLAND Trademarks on or in connection with radio and television advertising to promote 50/50 concerts and music related products. A copy of a radio playlist and advertisements from a media company webpage showing a use of EASTLAND's Trademarks is attached as Exhibit 10.

35.     The title of SCRIPPS promotional campaign 50/50, is identical with, and substantially indistinguishable from EASTLAND's Trademarks.

36.     The title of SCRIPPS promotional campaign, 50/50, is confusingly similar to EASTLAND's Trademarks and/or likely to cause confusion as to the source of the promotion and/or likely to cause confusion regarding EASTLAND's affiliation, authorization, support or acquiescence in Defendants use of the 50/50 trademark.

- 9 -

37.     Upon discovery that SCRIPPS was using EASTLAND's Trademarks as a trademark on and in connection with its Travel Channel Network and other promotional outlets, EASTLAND requested that SCRIPPS cease and desist the use of EASTLAND's Trademarks.

38.     On October 9, 2015, EASTLAND sent correspondence to SCRIPPS requesting that Defendants cease and desist their use of EASTLAND's Trademarks. (Exhibit 6)

39.     SCRIPPS refused to stop using and/or claimed that it was no longer using EASTLAND's Trademarks and EASTLAND and SCRIPPS began an exchange in an attempt to resolve the matter without resorting to litigation.   The letters and emails between the parties and their respective counsel were made under Fed. R. Evid. 408, and thus the letters and details of those exchanges are not included herein as exhibits.

40.     SCRIPPS has improperly and without permission used and, upon information and belief, intends to use the trademark again and thus continue to improperly use EASTLAND's Trademarks without EASTLAND's permission or consent.

41.     Upon information and belief, SCRIPPS knew of the EASTLAND Trademarks at all times prior to SCRIPPS's unauthorized adoption, promotion, and use of the EASTLAND Trademarks.

42.     SCRIPPS's use of the EASTLAND Trademarks caused, and is likely to continue to cause, confusion or mistake among consumers as to EASTLAND's support, affiliation and/or endorsement of SCRIPP's use of the EASTLAND Trademarks.

43.     SCRIPPS's knowingly improper use of the EASTLAND Trademarks was and is willful, and any future use will also be willful under the Lanham Act.

## COUNT I – FEDERAL TRADEMARK INFRINGEMENT

44.     EASTLAND reasserts and incorporates by reference the allegations of its Complaint at paragraphs 1 through 43 as if fully set forth herein.

45.     EASTLAND is the exclusive owner and user of the valid and subsisting, federally registered trademarks identified in the 50/50 and PHIFTY-50 Registrations set forth herein.   EASTLAND has spent years developing its 50/50 brand and has acquired a significant amount of good will therein.

46.     SCRIPP's use in interstate commerce of the EASTLAND Trademarks in connection with the promotion, advertisement, distribution, and sales of its products and services is likely to cause confusion, mistake and/or deceive the public in violation of 15 U.S.C. § 1114.

47.     As a direct and proximate result of the foregoing acts of infringement, EASTLAND has been and will continue to be actually damaged.  In addition, EASTLAND has been and will continue to be irreparably harmed by the loss of the control over the good will it has developed over the years and the diminution of and inability to control its reputation and trademarks.

48.     Additionally, EASTLAND currently has nonexclusive license agreements wherein the licensees must inform the public that 50/50 is a licensed trademark owned by EASTLAND and wherein EASTLAND maintains control over the quality of the advertising and products that use its registered marks.

- 11 -

49. Indeed, EASTLAND has worked to ensure the integrity of its mark through enforcement of its rights under the Lanham Act and through license agreements.

50. SCRIPPS intentional and willful infringement of the trademarks identified in the 50/50 and PHIFTY-50 Registrations, and outright disregard of EASTLAND's federally registered trademark rights, renders this case an exceptional case pursuant to 15 U.S.C. § 1117(a).

51. EASTLAND has no adequate remedy at law, because the trademarks identified in the 50/50 and PHIFTY-50 Registrations represent to the public EASTLAND's identity, reputation, and good will and the source of its goods and services. Money damages alone cannot fully compensate EASTLAND for the harm occasioned by SCRIPPS misconduct.

52. Unless enjoined by the Court, SCRIPPS will continue to illegally use and infringe the EASTLAND Trademarks, to EASTLAND's irreparable injury.

WHEREFORE, EASTLAND prays for entry of judgment in its favor and against SCRIPPS as follows:

A. Enter a permanent injunction and restraining order enjoining SCRIPPS and all of their agents, servants, affiliates, subsidiaries, employees, successors and assigns, and all persons in active concert or participation with SCRIPPS, from

1) Selling, marketing, advertising, or promoting products and/or services under the trademarks identified in the 50/50 and PHIFTY-50 Registrations or trademarks confusingly similar to the trademarks identified in the 50/50 and

PHIFTY-50 Registrations including, but not limited to, the mark "50/50" and "50/50/1";

    2)    Unfairly competing with EASTLAND; and

    3)    Causing a likelihood of confusion or misunderstanding as to source, sponsorship, approval, or certification of SCRIPP's products and/or services and/or causing any likelihood of confusion as to any affiliation, connection, or association with SCRIPPS by EASTLAND, or engaging in any other conduct that similarly creates a likelihood of confusion or misunderstanding or false representation with respect to EASTLAND's approval or authorization of the use of its Trademarks by SCRIPPS.

B.    An Order, under 15 U.S.C. §§ 1116 and 1118, requiring SCRIPPS to deliver to EASTLAND, or requiring proof of destruction, of all products and or promotional materials of SCRIPPS to which the mark "50/50" is affixed and all promotional and packaging materials related to SCRIPP's infringing products;

C.    An Order, pursuant to 15 U.S.C. § 1116, requiring SCRIPPS to file with this Court and serve upon EASTLAND within 30 days after the entry of the permanent injunction, a report in writing and under oath, setting forth in detail the manner and form in which SCRIPPS has complied with the above two subparagraphs (A and B) of this prayer;

D.    An award to EASTLAND, under 15 U.S.C. § 1117, of all profits received by SCRIPPS from the sales and revenues of any kind as a result of SCRIPPS illegal use of EASTLAND Trademarks, including profits from sales of advertising on the Travel Channel Network by companies and destinations affiliated with the promotion and any merchandise

that used or were promoted with EASTLAND's Trademarks and any other damages to be determined that EASTLAND has suffered as a result of AB's conduct, and find that this is an exceptional case due to the flagrant and deliberate character of such infringement and unfair competition and therefore award EASTLAND treble damages, attorneys' fees and costs; and

E.     Grant EASTLAND such other and further relief (such as a lump sum royalty for SCRIPPS past use of EASTLAND's Trademarks) as this Court may deem just, proper and equitable under the circumstances.

## COUNT II – FEDERAL UNFAIR COMPETITION

53.     EASTLAND reasserts and incorporates by reference the allegations of its Complaint at paragraphs 1 through 43 as if fully set forth herein.

54.     SCRIPPS intentionally and willfully used EASTLAND's Trademarks in interstate commerce without authorization or permission in connection with the advertising, promotion, and sale of their Travel Channel Network and other products associated with The Travel Channel.

55.     SCRIPP's unlawful adoption and use of EASTLAND's Trademarks in interstate commerce is likely to cause confusion, to cause mistake and/or to deceive consumers.

56.     SCRIPP's unauthorized use of EASTLAND's Trademarks has caused or is likely to cause confusion and such conduct and appropriation constitute a false designation of origin in violation of 15 U.S.C. § 1125(a).

57.     SCRIPP's conduct has injured and will continue to injure EASTLAND by diminishing EASTLAND's goodwill and reputation among its customers, its potential

customers, and the general public.  EASTLAND seeks damages in such sum as may be proved at trial.  Further, EASTLAND has been and continues to be irreparably harmed by SCRIPP's wrongful conduct.

WHEREFORE, EASTLAND prays for entry of judgment in its favor and against SCRIPPS as follows:

A.  Enter a permanent injunction and restraining order enjoining SCRIPPS and all of their agents, servants, employees, successors and assigns, and all persons in active concert or participation with SCRIPPS, from

1)  Selling, marketing, advertising, or promoting products and/or services under the trademarks identified in the 50/50 and PHIFTY-50 Registrations or trademarks confusingly similar to the trademarks identified in the 50/50 and PHIFTY-50 Registrations including, but not limited to, the mark "50/50";

2)  Unfairly competing with EASTLAND; and

3)  Causing a likelihood of confusion or misunderstanding as to source, sponsorship, approval, or certification of SCRIPP's products and/or services as to any affiliation, connection, or association of them with or approval by EASTLAND, or engaging in any other conduct that similarly creates a likelihood of confusion or misunderstanding or false representation with respect to EASTLAND.

B.  An Order, under 15 U.S.C. §§ 1116 and 1118, requiring SCRIPPS to deliver to EASTLAND, or requiring proof of destruction, of all products and or promotional

materials of SCRIPPS promotional campaign to which the mark "50/50" is affixed and all promotional and packaging materials related to SCRIPPS infringing products;

C. An Order, pursuant to 15 U.S.C. § 1116, requiring SCRIPPS to file with this Court and serve upon EASTLAND within 30 days after the entry of the permanent injunction, a report in writing and under oath, setting forth in detail the manner and form in which SCRIPPS has complied with the above two subparagraphs (A and B) of this prayer;

D. An award to EASTLAND, under 15 U.S.C. § 1117, of all profits received by SCRIPPS from the sales and revenues of any kind as a result of SCRIPP's illegal use of EASTLAND Trademarks, including profits from sales of tickets and merchandise that used or were promoted with EASTLAND's Trademarks and any other damages to be determined that EASTLAND has suffered as a result of SCRIPPS's conduct, and find that this is an exceptional case due to the flagrant and deliberate character of such infringement and unfair competition and therefore award EASTLAND treble damages, attorneys' fees and costs;

E. Grant EASTLAND such other and further relief (such as a lump sum royalty for SCRIPPS past use of EASTLAND's Trademarks) as this Court may deem just, proper and equitable under the circumstances.

## JURY TRIAL DEMAND

EASTLAND hereby demands a trial by jury on all issues so triable.

- 16 -

Dated:  October 17, 2016

Respectfully submitted,

Richard S. Vermut
Fla. Bar No.: 0086746
Driver, McAfee, Peek & Hawthorne, P.L.
One Independent Drive, Suite 1200
Jacksonville, Florida 32202
Office: (904) 807-8207
Fax: (904) 904-301-1279
Email: rvermut@dmphlaw.com

Gerald C. Willis, Jr.
(*Pro Hac Vice* application pending)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Office:  (312) 775-8000
Fax:  (312) 775-8100
Email:  jwillis@mcandrews-ip.com

ATTORNEYS       FOR       PLAINTIFF
EASTLAND MUSIC GROUP, LLC